908

No. 92–1461. PETROLITE CORP. *v.* GODAR. C. A. 8th Cir. Certiorari denied.

No. 92–1463. NUGGET HYDROELECTRIC *v.* PACIFIC GAS & ELECTRIC CO. C. A. 9th Cir. Certiorari denied.

No. 92–1466. BANKS *v.* NATIONAL COLLEGIATE ATHLETIC ASSN. C. A. 7th Cir. Certiorari denied.

No. 92–1467. ZURAWSKI *v.* ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 92–1468. SMITH ET AL. *v.* NOYES. Sup. Ct. N. H. Certiorari denied.

No. 92–1469. ELLIOTT *v.* MORELAND, INDIVIDUALLY AND AS COUNTY CLERK OF WASHINGTON COUNTY, OKLAHOMA. C. A. 10th Cir. Certiorari denied.

No. 92–1472. CHICAGO TRANSIT AUTHORITY *v.* JAE BOON LEE, ADMINISTRATRIX OF THE ESTATE OF SANG YEUL LEE, DECEASED. Sup. Ct. Ill. Certiorari denied.

No. 92–1473. LAUNIUS *v.* DES PLAINES, ILLINOIS, BOARD OF FIRE AND POLICE COMMISSIONERS ET AL. Sup. Ct. Ill. Certiorari denied.

No. 92–1476. SCHULZE *v.* SOUTH MAIN BANK. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 92–1478. WONDER ET AL. *v.* HYLAND. C. A. 9th Cir. Certiorari denied.

No. 92–1481. RADASZEWSKI, BY RADASZEWSKI, HIS DULY APPOINTED GUARDIAN OF THE PERSON AND ESTATE *v.* TELECOM CORP. C. A. 8th Cir. Certiorari denied.

No. 92–1484. SHOWA DENKO K. K. *v.* HILL ET AL. Sup. Ct. App. W. Va. Certiorari denied.